# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   MARIAN WILLIAMSON                               §
                                                         §   Case No.: 11-31909
                                                         §
                                                         §
                                                         §
         Debtor(s)                                       §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/03/2011, and was converted to chapter 13 on 09/20/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/10/2011.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 5

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   310,000.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $_____.00 |
| Less amount refunded to debtor | $_____.00 |
| **NET RECEIPTS** | $_____.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $_____.00 |
| Court Costs | $_____.00 |
| Trustee Expenses and Compensation | $_____.00 |
| Other | $_____.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $_____.00 |
| Attorney fees paid and disclosed by debtor | $_____.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLAN J DEMARS | PRIORITY | NA | NA | NA | .00 | .00 |
| HSBC MORTGAGE | SECURED | 300,000.00 | .00 | .00 | .00 | .00 |
| HSBC MORTGAGE | UNSECURED | 228,728.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 13,000.00 | .00 | .00 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 13,000.00 | NA | NA | .00 | .00 |
| SALLIE MAE | PRIORITY | 8,517.00 | NA | NA | .00 | .00 |
| SALLIE MAE | PRIORITY | 13,763.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,000.00 | 3,931.75 | 3,931.75 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| B-LINE LLC | UNSECURED | 1,469.84 | 160.01 | 160.01 | .00 | .00 |
| NICOR GAS | UNSECURED | 303.00 | 132.84 | 132.84 | .00 | .00 |
| SALLIE MAE | UNSECURED | 73,335.00 | NA | NA | .00 | .00 |
| XLS/SLMA | UNSECURED | 38,813.00 | NA | NA | .00 | .00 |
| XLS/SLMA | UNSECURED | 24,342.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 73,335.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 4,061.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 7,570.00 | NA | NA | .00 | .00 |
| FEDERAL LOAN SERVICE | UNSECURED | 8,090.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 5,226.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 8,990.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 3,400.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,586.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 3,501.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SALLIE MAE | UNSECURED | 5,847.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 7,570.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 7,174.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 1,877.00 | NA | NA | .00 | .00 |
| NATIONAL CREDIT ADJU | UNSECURED | 320.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 283.75 | NA | NA | .00 | .00 |
| CERTEGY PAYMENT RECO | UNSECURED | 77.33 | NA | NA | .00 | .00 |
| LAGRANGE MEMORIAL FE | UNSECURED | 2,310.00 | NA | NA | .00 | .00 |
| ADVENTIST HINSDALE H | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 133.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL CREDI | UNSECURED | 463.00 | NA | NA | .00 | .00 |
| GEMB/SAMS CLUB | UNSECURED | 464.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 382.00 | NA | NA | .00 | .00 |
| GEMG/LORD & TAYLOR | UNSECURED | 966.36 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| HSBC BANK USA NA | UNSECURED | 557.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 668.40 | NA | NA | .00 | .00 |
| BILL KAY NISSAN | UNSECURED | 1,174.00 | NA | NA | .00 | .00 |
| PETES LAWN CARE | UNSECURED | 261.50 | NA | NA | .00 | .00 |
| WALMART | UNSECURED | 124.49 | NA | NA | .00 | .00 |
| UCB COLLECTIONS | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| UCB COLLECTIONS | UNSECURED | 63.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE DVD | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| BEST BUY | UNSECURED | 134.00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 241.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL CO | UNSECURED | 817.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 382.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 2,592.00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE DVD | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 241.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 133.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 5,199.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL CO | UNSECURED | 817.00 | NA | NA | .00 | .00 |
| LOU HARRIS COMPANY | UNSECURED | 19,267.00 | NA | NA | .00 | .00 |
| LOU HARRIS COMPANY | UNSECURED | 664.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| BRIDGET WILLIAMSON | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OBERWEIS DAIRY | UNSECURED | 138.43 | NA | NA | .00 | .00 |
| TRS RECOVERY SERVICE | UNSECURED | 134.47 | NA | NA | .00 | .00 |
| ISD GROUP LLC | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================
 Summary of Disbursements to Creditors:

                                    Claim        Principal        Int.
                                    Allowed      Paid             Paid
 Secured Payments:
     Mortgage Ongoing                    .00          .00          .00
     Mortgage Arrearage                  .00          .00          .00
     Debt Secured by Vehicle             .00          .00          .00
     All Other Secured                   .00          .00          .00
 TOTAL SECURED:                          .00          .00          .00

 Priority Unsecured Payments:
     Domestic Support Arrearage          .00          .00          .00
     Domestic Support Ongoing            .00          .00          .00
     All Other Priority             3,931.75          .00          .00
 TOTAL PRIORITY:                    3,931.75          .00          .00

 GENERAL UNSECURED PAYMENTS:          292.85          .00          .00
================================================================


================================================================
 Disbursements:

     Expenses of Administration     $        .00
     Disbursements to Creditors     $        .00

 TOTAL DISBURSEMENTS:                              $        .00
================================================================
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:   02/28/2012                         /s/ Tom  Vaughn
                                            Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**